# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
01/18/2019
CT Log Number 534758023

**TO:**   Rebecca Collins
VERRA MOBILITY
1150 N ALMA SCHOOL RD
MESA, AZ 85201-3000

**RE:**   **Process Served in Illinois**

**FOR:**   American Traffic Solutions, Inc.  (Domestic State: KS)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DEBORAH JARMAN, individually and on behalf of others similarly situated, Pltf. vs. CITY OF GRANITE CITY and AMERICAN TRAFFIC SOLUTIONS, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Madison County - 3rd Judicial Circuit Court, IL Case # 18L1658 |
| **NATURE OF ACTION:** | In all actions for violation of any municipal ordinance where the fine would not be in excess of $750 and no jail term could be imposed, service of summons may be made by the city clerk by certified mail, return receipt requested, whether service is to be within or without the State |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 01/18/2019 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of receipt |
| **ATTORNEY(S) / SENDER(S):** | Thomas G. Maag Maag Law Firm, LLC 22 West Lorena Avenue Wood River, IL 62095 618-216-5291 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/18/2019, Expected Purge Date: 01/23/2019 |
| | Image SOP |
| | Email Notification,  Rebecca Collins  rebecca.collins@verramobility.com |
| | Email Notification,  Maureen Manning  maureen.manning@verramobility.com |
| | Email Notification,  Sandy Grant  sandra.grant@verramobility.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street Suite 814 Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / YC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT A



rm, LLC
Lorena Avenue
iver, IL  62095

CT Corporation
RA for American Traffic Solutions, In
208 Lasalle St, Suite 814
Chicago, IL 60604

EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Madison _____ COUNTY | **SUMMONS** | *For Court Use Only* |
| --- | --- | --- |

| **Instructions ▼** | | |
| --- | --- | --- |
| Enter above the county name where the case was filed. | DEBRA JARMAN<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | AMERICAN TRAFFIC SOLUTIONS<br>**Defendant / Respondent** *(First, middle, last name)* | 18-I-1658<br>**Case Number** |

| | |
| --- | --- |
| In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1.** **Information about the lawsuit:**<br>Amount claimed:   $ _____ |
| In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):*  Thomas G. Maag / Maag Law Firm, LLC<br>Street Address, Apt #:  22 West Lorena Avenue<br>City, State, ZIP:  Wood River, IL  62095<br>Telephone:  (618) 216-5291<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** **Contact information for the Defendant/Respondent:**<br>Name *(First, Middle, Last):*  American Traffic Solutions, Inc<br>Street Address, Apt #:  RA:  CT Corporation, 208 SO LASALLE ST, SUITE 814<br>City, State, ZIP:  Chicago, IL  60604<br>Telephone:  _____<br>☐ See attached for additional Defendant/Respondent contact information |

| | |
| --- | --- |
| **Important Information for the person receiving this form:** | You have been sued.<br>Follow the instructions on the next page on how to appear/answer.<br> • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.<br> • Your written appearance/answer must be filed on time and in the proper form.<br> • Forms for a written appearance/answer are available here.<br>    http://www.illinoiscourts.gov/forms/approved/default.asp<br>If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*<br>You should read all of the documents attached. |

EXHIBIT A

Enter the Case Number given by the Circuit Clerk: 18-I-1658

<table>
<tr><td>

In **4**, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response.

</td><td>

**4.**  **Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐  Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐  File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☑  File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address:  155 North Main Street

City, State, ZIP:  Edwadsville, IL  62025

</td></tr>
</table>

<table>
<tr><td>

**STOP!**

The Circuit Clerk will fill in this section.

</td><td>

**Witness this Date:** 12/14/2018 _____

**Clerk of the Court:** /s/ Mark Von Nida     /s/ Mitchell Baird

</td></tr>
</table>

<table>
<tr><td>

**STOP!**

The officer or process server will fill in the Date of Service.

</td><td>

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

</td></tr>
</table>

<table>
<tr><td>

**Plaintiff/Petitioner:**

</td><td>

To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

</td></tr>
</table>

<table>
<tr><td>

**Attention:**

</td><td>

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office.

</td></tr>
</table>

SU-S 1503.1                            Page 2 of 4                            (09/18)

EXHIBIT A

Page 1 of 19, Case No. 18-L-

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| DEBORAH JARMAN, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18-L- |
| CITY OF GRANITE CITY and AMERICAN TRAFFIC SOLUTIONS, INC., | ) ) ) | |
| Defendants. | ) | |

**COMPLAINT**

Comes now Plaintiff Deborah Jarman, by and through her attorneys, Thomas G. Maag and the Maag Law Firm, LLC, and for her cause of action, states as follows:

**COUNT I**
**(Money Had and Received)**

1. At all times relevant, Plaintiff Deborah Jarman ("Jarman") is a citizen and resident of Granite City, Madison County, Illinois.

2. At all times relevant, Defendant Granite City is a municipal corporation located in Madison County, Illinois.

3. At all times relevant, Defendant American Traffic Solutions, Inc., is a corporation doing business in Illinois, including under the assumed name of "Verra Mobility.

4. That at all times relevant:

> "Except as provided in Section 1-2-9.1 of this Act, in all actions for the violation of any municipal ordinance, the first process shall be a summons or a warrant. A warrant for the arrest of an accused person may issue upon the affidavit of any person that an ordinance has been violated, and

EXHIBIT A

> that the person making the complaint has reasonable grounds to believe
> that the party charged is guilty thereof.  Every person arrested upon a
> warrant, without unnecessary delay, shall be taken before the proper
> officer for trial."

65 ILCS 5/1-2-9.

5.   That at all times relevant, Section 1-2-9.1 of this Act, states:

> In all actions for violation of any municipal ordinance where the fine
> would not be in excess of $750 and no jail term could be imposed, service
> of summons may be made by the city clerk by certified mail, return receipt
> requested, whether service is to be within or without the State

6.   That in or about December 1, 2009, Defendant Granite City adopted Ordinance 8174, a
copy of which is attached hereto as Exhibit A.

7.   That per Granite City ordinance 8174 an "Automated traffic law enforcement system" is
to enforce alleged violations of "Granite City Municipal Code section 10.08.030 et seq.,
or 10.06.020 et seq., or 625 ILCS 5/11-306."

8.   Per the Granite city ordinance 8174,

> "[u]nless the driver of a motor verhicle received a uniform traffic citation
> from a police officer at the time of the [alleged] violation, the registered
> owner of the motor vehicle so determined to be in violation, is subject to a
> civil penalty of one hundred dollars, plus an additional penalty of one
> hundred dollars for failure to pay the original penalty within sixty days."

EXHIBIT A

9. Per Granite City ordinance 8174,

> "[a] violation notice as described in this section shall be served upon an
> alleged violator by mailing the violation notice to the registered owner of
> the violating vehicle... The service of the violation notice shall be
> deemed complete as of the date of deposit in the United States mail.

10. Per Granite City ordinance 8174, despite not providing the notice of an alleged violation of municipal ordinance, as required by State Law, Granite City ordinance purports to require a person alleged to have violated municipal ordinances covered by Granite City ordinance 8174 to "request that [an] administrative hearing take place ... at least ten days before the specified administrative hearing date and time" and "[i]n the event that the registered owner does not request an administrative hearing ...the following notices shall be served []

> a notice of final determination of automated traffic law violation
> liability stating that the unpaid fine or penalty is a due debt and
> owing to the city,
> a warning that the failure to pay any fine or penalty due and owing
> to the city within thirty days of the notice may result in the city ...
> may result in suspension of the person's drivers license for failure
> to pay fines or penalties.

11. That in November, 2018, Plaintiff Deborah Jarman, received a "Notice of Violation", by U.S. First Class Mail, and not by certified mail or personal service, a copy of which is attached hereto as Exhibit B.

EXHIBIT A

12. At no time did Plaintiff receive Exhibit B, or any document like it, by certified mail or personal service.

13. That the notice states, "[f]ailure to pay the fine amount or to contest liability by the date printed on the front of this notice is an admission of liability and may result in the suspension of the driving privileges of the registered owner of the vehicle." Ex. B.

14. That the Granite City Ordinance 8174, was substantially, if not completely, drafted by Defendant American Traffic Solutions, Inc, ("ATS") as part of a package contract between Defendants ATS and Granite City.

15. In fact, Defendant ATS, as part of all contracts with municipalities in Illinois, drafts substantively identical proposed municipal ordinances, for the municipality to adopt, in order to facilitate its red light traffic camera operation.

16. That mechanically, in Granite City, as well as other Illinois municipalities with ATS operated red light cameras, the system purportedly activates when motion is detected just prior to the designated stop bar, both *after* the traffic signal has turned red, (and allegedly six also seconds prior to an alleged violation, which often is inherently inconsistent), along with other information.

17. The information is then transferred to law enforcement personnel, in Granite City (for Granite City cases) and other Illinois municipalities, for alleged violations in their jurisdictions, who must review and approve all potential red-light running violations before citations can be issued.

18. These local law enforcement authorities review potential violation data forwarded by ATS. If the officer affirms the violation, he or she will then verify that the license plate

EXHIBIT A

matches the vehicle and confirms other vehicle and owner information before authorizing issuance of the citation.

19. Thereafter, in accordance with (as applicable in Granite City), in accordance with Granite City Ordinance 8174, and (as applicable in other Illinois jurisdictions) in accordance with substantially similar municipal ordinances, the citations are mailed, from Arizona, via First Class Mail (and not certified mail and not via personal service) by Defendant ATS, under the apparent label of the charging municipality.

20. That the entire notice system is illegal, and violates Illinois law, as heretofore alleged, by failing to provide personal service or certified mail service.

21. That per well settled Illinois law, administrative agencies exercise powers provided strictly by statute and possess no inherent or common law powers. *Newkirk v. Bigard*, 109 Ill.2d 28, 37, 92 Ill.Dec. 510, 485 N.E.2d 321, 325 (1985).

22. An administrative agency, such as the hearing system set up by Defendants, has the authority to act if it has the following: (a) personal jurisdiction over the parties and any intervenors to the administrative proceeding, (b) subject matter jurisdiction over the general class of cases to which the particular case belongs, and (c) the inherent statutory authority to make or enter the particular order involved. *Newkirk*, 109 Ill.2d at 36-37, 92 Ill.Dec. 510, 485 N.E.2d at 324-25.

23. Though the term "jurisdiction" is not strictly applicable to an administrative agency, the rules concerning the authority of an administrative agency and the validity of its orders have been held to be analogous to those governing courts of limited jurisdiction. *City of Chicago v. Fair Employment Practices Comm'n*, 65 Ill.2d 108, 112, 2 Ill.Dec. 711, 357 N.E.2d 1154, 1155 (1976).

EXHIBIT A

24. Any actions beyond the scope of the agency's jurisdiction are void and may be attacked at any time or in any court, either directly or collaterally. *City of Chicago*, 65 Ill.2d at 112, 2 Ill.Dec. 711, 357 N.E.2d at 1155.

25. Notice requirements are jurisdictional prerequisites that must be followed in order for the administrative entity to have the authority to hear the case. *In re Abandonment of Wells Located in Illinois*, 796 NE 2d 623 - Ill: Appellate Court, 5th Dist. 2003

26. Due process prohibits a court or an administrative agency from affecting the interests of a party without having personal jurisdiction over that party. See Newkirk, 109 Ill.2d at 36, 92 Ill.Dec. 510, 485 N.E.2d at 324

27. By requiring personal service or service by certified or registered mail, the legislature clearly did not intend the simple dispatch of a letter to be sufficient to achieve the goal of notice. Each legislatively authorized method of service contemplates that the delivery of the notice can be verified. Certified mail and registered mail provide the sender with a mailing receipt and the ability to ascertain whether the mail was delivered. Similarly, personal service through a process server provides evidence of a delivery.

28. In this case, Defendants Granite City and ATS, as well as ATS and the other Illinois municipalities that employ its "service" are acting in concert with each other.

29. That no reasonable person could believe that the actions of Defendants is legal.

30. In fact, prior to the alleged violation of Plaintiff, the Defendant Granite City was provided actual notice of the foregoing Illinois statutes on notice, and was actually aware of same.

31. That Section 2-801 of the Code of Civil Procedure sets forth the elements necessary for the maintenance of a class action, all of which are met in this case.

EXHIBIT A

32. The class is so numerous that joinder of all members is impracticable as Defendants have charged a minimum of one thousand people a fine of less than $750.00 (per alleged violation)".

33. There are questions of fact or law common to the class, which common questions predominate over any questions affecting only individual members, specifically, whether proper notice has been provided, and if not, what are the damages.

34. The representative parties will fairly and adequately protect the interest of the class.

35. The class action is an appropriate method for the fair and efficient adjudication of the controversy.

36. That Plaintiff proposes the following class be certified:

37. All persons who, from December 12, 2013, through the date of final judgment, received a "Notice of Violation" listed as being from "a municipal court" of a municipality in Illinois, with a contract from or with American Traffic Solutions, Inc., including Granite City, Illinois, and was not served with notice either personally, via a warrant, or via certified mail return receipt, with proof of actual service available."

38. That Plaintiff proposes that Deborah Jarman be appointed class representative, and that Thomas G. Maag, Peter J. Maag and the Maag Law Firm, LLC, be appointed class counsel.

39. That Plaintiff Jarmann, and each member of the Plaintiff class was directed to pay money to defendants, or take some other action, as heretofore alleged, without proper and lawful notice, under penalty of loss of substantial rights.

40. That Defendants had no legal right to makes the demand or direction of Plaintiff, or the class, without lawful and proper notice, as heretofore alleged.

EXHIBIT A

41. That those class members who actually made payment did so under duress, based on the affirmative statements of Defendants that failure to do so would result in a finding of default liability and would "result in a suspension of the driving privileges of the registered owner of the vehicle," and was necessary in order to avoid an injury to Plaintiff's, and the Plaintiff classes' business, person, or property.

42. That those class members who did not actually make payment, are entitled to a finding of non-liability.

43. As a proximate cause of the foregoing, Plaintiff Jarman has been personally injured in the amount of at least $1.00, and the Plaintiff class has been damaged in an amount well in excess of $50,000.00, and both Plaintiff and the proposed Plaintiff class are entitled to a finding of non-liability, due to lack of notice, of the charges.

44. That the Local Governmental Tort Immunity Act does not bar actions for money had and received. *People v. Meyerowitz*, 335 NE 2d 1 - Ill: Supreme Court 1975.

45. An action to recover fine monies paid under an unconstitutional statute would more nearly resemble the common law action for money had and received.  Id.

Wherefore, Plaintiff and the Plaintiff class Humbly request that this Honorable Court enter judgment in Plaintiffs favor, and against Defendants City of Granite City, and American Traffic Solutions, Inc., in an amount in excess of $50,000.00, finding that Plaintiff and the Plaintiff class are not liable to Defendants, due to lack of required lawful notice, plus costs of suit, and attorney fees, that this Court certify the foregoing class, appointing Deborah Jarman as class representative, and Thomas G. Maag and Peter J. Maag and the Maag Law Firm, LLC, a class counsel, plus an award of attorney fees and costs, and such other, further and different relief as is allowed by law.

EXHIBIT A

## COUNT II

### (Consumer Fraud and Deceptive Business Practices Act)

1 – 43      Plaintiff adopts paragraphs 1 through 43 herein.

44. At all times relevant, there exists the Illinois Consumer Fraud and Deceptive Business

Practices Act.

45. That Defendant ATS has engaged in a deceptive act or practice, as heretofore alleged,

including but not limited to mailing a purported notice of violation to Plaintiff, and each

member of the Plaintiff class, representing that same was legitimate and lawful court process,

when that was not true.

46. The Defendant ATS intended the plaintiff and the members of the Plaintiff class to rely

on the deception.

47.  That the deception occurred in the course of conduct involving trade or commerce, and

was sent via U.S. Mail (but not certified mail).

48. That Plaintiff and the members of the Plaintiff class suffered actual damages, proximately

caused by the deception, in that Plaintiff has personally incurred costs and attorney fees, that

Defendant Granite City has administratively adjudicated her as owing a fine that in truth and

fact she does not legally owe, and that members of the Plaintiff class have either suffered the

same dates, or have been damaged by paying a fine that they did not legally owe.

Wherefore, Plaintiff and the Plaintiff class Humbly request that this Honorable Court enter

judgment in Plaintiffs favor, and against Defendant American Traffic Solutions, Inc., in an

amount in excess of $50,000.00, finding that Plaintiff and the Plaintiff class are not liable to

Defendants, due to lack of required lawful notice, plus treble damages, costs of suit, and

attorney fees, that this Court certify the foregoing class, appointing Deborah Jarman as class

EXHIBIT A

representative, and Thomas G. Maag and Peter J. Maag and the Maag Law Firm, LLC, a class counsel, plus an award of attorney fees and costs, and such other, further and different relief as is allowed by law.

Dated: _12-11-18_

Respectfully Submitted,
Deborah Jarman

By: _____

Thomas G. Maag #6272640
Peter J. Maag #6286765
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

Phone: 618-216-5291
tmaag@maaglaw.com
maag@maaglawfirm.com

## AFFIDVIT OF CASE VALUE AND LACK OF DOCUMENT

Pursuant to Section 1-109 of the Illinois code of civil procedure, the undersigned hereby certifies that the case has a value in excess of $50,000.00, but expressly disclaims any individual recovery in excess of $75,000.00, exclusive of costs and interest.

The undersigned further states that he has no copy of any contract between Defendants ATS and Granite City, or between ATS and any other Illinois municipality referenced in the complaint.

Dated: _12-11-18_                    _____

EXHIBIT A

Page 11 of 19, Case No. 18-L-

## Chapter 10.09 - AUTOMATED TRAFFIC LAW ENFORCEMENT SYSTEM

### Sections:

### 10.09.010 - Definitions.

In this chapter:

"Automated traffic law enforcement system" means a device with one or more motor vehicle sensors working in conjunction with a red light signal to produce recorded images of motor vehicles entering an intersection against a red signal indication in violation of 625 ILCS 5/11-306 or Municipal Code sections 10.08.030 et seq., and 10.06.020 et seq.

"Recorded images" means images recorded by an automated traffic law enforcement system on:

1. Two or more photographs;
2. Two or more microphotographs;
3. Two or more electronic images; or
4. Video recording showing the motor vehicle and, on at least one image or portion of the recording, clearly identifying the registration plate number of the motor vehicle.

"Department" means the police department of the City of Granite City, Illinois.

"Traffic compliance administrator" means the individual authorized by the city to adopt, distribute, and process automated traffic law violation notices, collect money paid as fines and penalties for automated traffic law violations, and operate an administrative adjudication system for alleged automated traffic law violations.

"Registered owner" means the owner of a motor vehicle as shown on the motor vehicle registration records of the Illinois Secretary of State or the analogous department or agency of another state or country. The term "registered owner" includes (i) a lessee of a motor vehicle pursuant to rental agreement or lease, or (ii) the lessee of a motor vehicle rented or leased from a motor vehicle rental or leasing company, but does not include the motor vehicle rental or leasing company itself. If there is more than one registered owner of the motor vehicle, the primary owner, or the first-listed owner if there is no primary owner, shall be considered the "registered owner."

Ex A

EXHIBIT A

Page 12 of 19, Case No. 18-L-

(Ord. 8174, § 1, 12-1-2009)

10.09.020 - Automated red light enforcement system authorized.

Notwithstanding any other ordinances of the city, the city hereby approves the automated enforcement of traffic control signal requirements. Accordingly, pursuant to the terms of 625 ILCS 5/11-306 and Granite City Municipal Code sections 10.08.030 et seq., and 10.06.020 et seq., the department is authorized to install and a traffic compliance administrator is authorized to operate an automated traffic law enforcement system within the city for the purpose of enforcing traffic control signal regulations as provided in 625 ILCS 5/11-208.3 and 5/11-208.6.

Enforcement procedures.

A. The traffic compliance administrator is responsible for the enforcement and administration of this chapter. Among other responsibilities, and in compliance with all other applicable statutes and ordinances, the traffic compliance administrator is responsible for engaging, contracting with, and otherwise monitoring a third-party vendor to provide an automated traffic law enforcement system which shall include an automated system for serving notices of violation on alleged violators.

B. For purposes of this section, the registered owner of the vehicle that was recorded allegedly violating 625 ILCS 5/11-306 by the automated traffic law enforcement system shall be treated as the alleged violator of sections 10.08.030 et seq., and 10.06.020 et seq. of the Granite City Municipal Code.

C. For each violation under this Section of 625 ILCS 5/11-306, or Granite City Municipal Code section 10.08.030 et seq., or 10.06.020 et seq., recorded by the automated traffic law enforcement system, a written notice of the violation shall be delivered to the registered owner of the violating vehicle. The notice shall be delivered to the registered owner of the vehicle, by mail, within thirty days after the Illinois Secretary of State or the analogous department or agency of another state or county, notifies the traffic compliance administrator, or properly engaged vendor, of the identity of the owner of the vehicle, but in no even later than ninety days after the violation was recorded by the automated traffic law enforcement system. The notice shall include:

   1. Name and address of the registered owner of the vehicle;

EXHIBIT A

Case 3:19-cv-00204-NJR-RJD   Document 1-1   Filed 02/14/19   Page 18 of 24   Page ID #25
Granite City, IL Code of Ordinances                                                    Page 3 of 7

Page 13 of 19, Case No. 18-L-

2.  Registration number of the motor vehicle involved in the violation;

3.  Vehicle make if the make is available and readily discernible;

4.  Violation charged;

5.  Location where the violation occurred;

6.  Date and time of the violation;

7.  Copy of the recorded images;

8.  Amount of the civil penalty imposed and the date by which the civil penalty should be paid;

9.  Amount of applicable penalty for late payment;

10. Statement that recorded images are evidence of a violation of a red light signal;

11. Warning that failure to pay civil penalty or to contest liability in a timely manner is an admission of liability and may result in a suspension of the driving privileges of the registered owner of the vehicle;

12. A statement that the person may elect to proceed by:

    a.  Paying the fine; or

    b.  Challenging the alleged violation in court, by mail, or by administrative hearing; and

13. Statement specifying the time and manner in which an administrative hearing contesting the alleged violation may be had.

D.  Based on the inspection of the recorded images produced by the automated traffic law enforcement system by the traffic compliance administrator, or properly engaged third-party vendor, a notice alleging that the violation occurred shall be evidence of the facts contained in the notice and admissible in any proceeding alleging a violation of Granite City Municipal Code section 10.08.030 et seq., or 10.06.020 et seq., or 625 ILCS 5/11-306.

E.  Recorded images made by the automated traffic law enforcement system are confidential and shall be made available only to the alleged violator, the department, the traffic compliance administrator, and such third-party vendor the city deems necessary for ordered administration of the automated traffic law enforcement system for purposes of adjudicating a violation of statue or ordinance for statistical purposes, or for other

EXHIBIT A

Page 14 of 19, Case No. 18-L-

governmental purposes. Any recorded image evidencing a violation of
Granite City Municipal Code section 10.08.030 et seq., or 10.06.020 et seq., or
625 ILCS 5/11-306, however, may be admissible in any proceeding resulting
from the issuance of the citation.

   F.  It may be considered a defense of a violation of Granite City Municipal Code
      section 10.08.030 et seq., or 10.06.020 et seq., as recorded by the automated
      traffic law enforcement system that:

      1.  The motor vehicle or registration plates of the motor vehicle were stolen
         before the violation occurred and were not under the control of, or in
         the possession of, the registered owner at the time of the violation;

         In order to establish that the motor vehicle or the registration plates
         were stolen before the violation occurred and were not under the
         control or possession of the registered owner at the time of the
         violation, the registered owner must submit proof that a report
         concerning the stolen motor vehicle or registration plates was filed with
         a law enforcement agency in a timely manner.

      2.  The driver of the vehicle passed through the intersection when the light
         was red either:

         a.  To yield the right-of-way to an emergency vehicle; or

         b.  As part of a funeral procession.

   G.  The traffic compliance administrator shall determine, based on inspection of
      the recorded images, whether the vehicle was being operated in violation of
      Granite City Municipal Code section 10.08.030 et seq., or 10.06.020 et seq.

   H.  Unless the driver of a motor vehicle received a uniform traffic citation from a
      police officer at the time of the violation, the registered owner of the motor
      vehicle so determined in violation, is subject to a civil penalty of one hundred
      dollars, plus an additional penalty of one hundred dollars for failure to pay
      the original penalty within sixty days.

   I.  Any intersection equipped with an automated traffic law enforcement system
      must be posted with a sign visible to approaching traffic indicating that the
      intersection is being monitored by an automated traffic law enforcement
      system.

EXHIBIT A

Page 15 of 19, Case No. 18-L-

(Ord. 8174, § 2, 12-1-2009)

10.09.030 - Adjudication procedure.

    A.  The proceeding for a prosecution of a violation of section 10.08.030 et seq. or 10.06.020 et seq. using an automated red light enforcement system shall be conducted by the traffic compliance administrator or person designated by the traffic compliance administrator.

    B.  A violation notice as described in this section shall be served upon an alleged violator by mailing the violation notice to the registered owner of the violating vehicle within thirty days after the Illinois Secretary of State or the analogous department or agency of another state or county notifies the traffic compliance administrator of the registered owner of the vehicle, but in no event later than ninety days after the violation. The violation notice is to be sent, via United States mail, to the last known address of the registered owner as recorded with the Illinois Secretary of State. If that notice is returned as undeliverable, the violation notice is to be sent to the last known address of the registered owner in a United States Post Office approved database (or to the lessee of the cited vehicle as described in 625 ILCS 5/11-1306). The service of the violation notice shall be deemed complete as of the date of deposit in the United States mail.

    C.  The original or a facsimile of the violation notice or, in the case of a notice produced by a computerized device, a printed record generated by the device showing the facts entered on the notice, shall be retained by the traffic compliance administrator, and shall be a record kept in the ordinary course of business, except that it shall be confidential, as described in this section, and in 625 ILCS 5/11-208.6.

    D.  A violation notice, or the computer-generated record shall be prima facie correct and shall be prima facie evidence of the correctness of the facts shown on the notice. The violation notice, a copy of that notice, or the computer-generated record shall be admissible in any subsequent administrative or legal proceedings.

    E.  The violation notice shall provide a date, time, and place where an administrative hearing may take place to provide the alleged violator with the opportunity to contest the merits of the alleged violation. The violation notice shall require the alleged violator to request that the administrative hearing take place by signing

EXHIBIT A

Page 16 of 19, Case No. 18-L-

and returning the portion of the violation notice specifying the date, time, and
place for the administrative hearing via U.S. Mail at least ten days before the
specified administrative hearing date and time.

F.   The administrative hearing shall be presided over by the traffic compliance
     administrator. Formal or technical rules of evidence shall not apply during the
     administrative hearing. The hearings shall be recorded, and the traffic compliance
     administrator, or person conducting the hearing on behalf of the traffic compliance
     administrator, shall be empowered to administer oaths and to secure by subpoena
     both the attendance and testimony of witnesses and the production of relevant
     books and papers. Persons appearing at the administrative hearing may be
     represented by counsel at their expense.

G.   The decision of the traffic compliance administrator, or person conducting the
     administrative hearing on behalf of the traffic compliance administrator, shall be
     final for purposes of administrative review upon service of a notice of final
     determination as described below.

H.   Appeals of the decision made by the traffic compliance administrator, regarding
     liability for the violation, and/or petitions to set aside the decision in the event the
     alleged violator did not appear at the administrative hearing, shall be made, in
     writing, to the traffic compliance administrator within ten days of service of notice
     of final determination.

I.   Judicial review of final determinations of automated traffic law violations and
     appeals to the traffic compliance administrator shall be subject to the provisions of
     the Illinois Administrative Review Law, 735 ILCS 5/3-101, et seq.

J.   In the event that the registered owner does not request an administrative hearing,
     or in the event that the registered owner does not successfully contest the merits
     of the alleged violation, the traffic compliance administrator shall determine that
     the person is liable for a violation of Granite City Municipal Code section 10.08.030
     et seq., or 10.06.020 et seq. and the following additional notices shall be served.

Unless the person is in the process of appealing the final determination or is exercising
judicial review granted by 735 ILCS 5/3-101, et seq., a notice of final determination of automated
traffic law violation liability stating that the unpaid fine or penalty is a debt due and owing to the
city, a warning that the failure to pay any fine or penalty due and owing to the city within thirty
days of the notice date may result in the city filing a petition in the circuit court to have the unpaid

EXHIBIT A

Page 17 of 19, Case No. 18-L-

fine or penalty rendered a judgment, or may result in suspension of the person's drivers license for failure to pay fines or penalties pursuant to section 10.08.030 et seq., or 10.06.020 et seq. and 625 ILCS 5/6-306.5.

K.   In the event a person charged with a traffic violation, as a result of the automated traffic law enforcement system, does not pay the fine within thirty days, or successfully contests the civil penalty resulting from that violation, the traffic compliance administrator will report the failure to pay the due and owing fine to the Illinois Secretary of State pursuant to 625 ILCS 5/6-306.5.

(Ord. 8174, § 3, 12-1-2009)

10.09.040 - Penalty and final disposition of automated traffic law enforcement.

A.   The penalty imposed for a finding of guilt for a violation of section 10.08.030 et seq., or 10.06.020 et seq. shall be a civil penalty of one hundred dollars, plus an additional penalty of one hundred dollars for failure to pay the original penalty within sixty days, unless the driver of a motor vehicle received a uniform traffic citation from a police officer at the time of the violation, in which case no additional penalty shall be assessed.

B.   Any fine, penalty, or part of any fine or any penalty remaining unpaid after the exhaustion of, or the failure to exhaust, administrative remedies and the conclusion of any judicial review procedures shall be a debt due and owing and, as such, may be collected in accordance with applicable law, including pursuant to 625 ILCS 5/11-208.3(f) Payment in full of any fine or penalty resulting from an automated traffic law violation shall constitute a final disposition of that violation.

(Ord. 8174, § 4, 12-1-2009)

EXHIBIT A

Page 18 of 19, Case No. 18-L-



**Granite City, IL Police Department**
**Photo Enforcement Program**
**Mailing Address:**
PO Box 22091
Tempe, AZ 85285-2091

## NOTICE OF VIOLATION

| NOTICE #: | 0831800031401 |
| --- | --- |
| PIN: | 8842 |

View images, video and pay online at
www.ViolationInfo.com

Amount Due: **$100.00**
Court Date:  12/03/2018  4:00 pm

20175 1 MB 0.421 T 77
**DEBORAH JARMAN**
**3037 CENTURY DR**
**GRANITE CITY IL 62040-2143**





| STATE OF ILLINOIS | | | ISSUE DATE: |
| --- | --- | --- | --- |
| MUNICIPAL COURT OF   Granite City, IL | Madison  COUNTY | | 10/23/2018 |
| COURT ADDRESS (Street, City Zip) | | | |
| Granite City Municipal Court , 2000 Edison Avenue, Room 68, Granite City, IL | | | |
| CUSTOMER SERVICE | | | |
| 1-866-790-4111 | | | |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE
THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON/ABOUT (Date) | AT TIME | UPON / AT OR NEAR (LOCATION) |
| --- | --- | --- |
| 10/07/2018 | 03:51 PM | SB MADISON AVE @ 37TH ST |

WITHIN CITY/COUNTY AND STATE AFORESAID.

NAME
DEBORAH JARMAN

STREET ADDRESS
3037 CENTURY DR

| CITY | | | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| GRANITE CITY | | | IL | 62040-2143 |

| DID UNLAWFULLY   ■ OPERATE / DRIVE | | | □ C.M.V. | □ WITH HAZ MAT | |
| --- | --- | --- | --- | --- | --- |
| V E H I C L E | YEAR 2002 | MAKE FORD | MODEL | STYLE UTILI | COLOR |
| | REGISTRATION: SM2D9W | | | | STATE MO |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE: "Violation of Traffic Signal/Red
Light" Ordinance #174

| OFFICER | | DSN |
| --- | --- | --- |
| CRAIG KNIGHT | | 172 |

| ON INFORMATION, GRANITE CITY POLICE DEPARTMENT CHARGES THE VIOLATOR AND INFORMS THE COURT THAT THE ABOVE FACTS ARE TRUE AND PUNISHABLE BY A: FINE OF $100.00 | DUE DATE 12/03/2018 4:00 pm |
| --- | --- |



---


Pay with your Visa or MasterCard at www.ViolationInfo.com or mail your check or money order with this coupon to the address below.

| NAME:  DEBORAH JARMAN | | DUE DATE:   12/03/2018 |
| --- | --- | --- |
| NOTICE #:  0831800031401 | VERSION: 1 | ISSUE DATE: 10/23/2018 |
| PLATE:   SM2D9W | STATE:  MO | TYPE: PC |

This violation is a non-moving infraction and no points will be assessed.

√  Si necesitas ayuda en Español, favor de llamar al
  1-866-790-4111.
√  Make your check or money order payable to the
  City of Granite City.
√  DO NOT MAIL CASH.
√  Write the Notice # on the front of your payment.
√  Do not tape, staple or paperclip items.
√  Insert this tear-off coupon in the enclosed envelope
  with the address (at the right) showing through the
  window.
√  Payment is admission of guilt or liability.

**AMOUNT DUE: $100.00**

City of Granite City
Photo Enforcement Program
PO Box 742503
Cincinnati, OH 45274-2503

1  0831800031401  000047193974  100003

Scanned by CamScanner

EXHIBIT A

Page 19 of 19, Case No. 18-L-

The City Council of Granite City, Illinois has adopted regulations for the automated enforcement of traffic control signal regulations. Accordingly, pursuant to the terms of Ordinance 8174, the Granite City Police Department is authorized to install and operate an intersection safety program which uses automated red light cameras to enforce traffic signal regulations. It has been determined that your vehicle has proceeded into an intersection when the traffic control signal, for the direction in which your vehicle was traveling, was emitting a steady red signal. Red light running damages the public by endangering vehicle operators and pedestrians alike.

Failure to pay the fine amount or to contest liability by the due date printed on the front of this notice is an admission of liability and may result in a suspension of the driving privileges of the registered owner of the vehicle.

This violation is a non moving infraction and no points will be assessed. It will be processed as a parking violation.

Si usted necesita ayuda en español, entre en contacto con por favor el servicio de cliente en 1.866.790.4111.

## INSTRUCTIONS

As the registered owner of the vehicle, you must either pay the amount now due (see payment options below), request an adjudication by mail (submit a declaration of non-liability), or appear at the hearing that has been set in this matter for the date and time noted on the front of this notice (due date) at Granite City Municipal Court, 2000 Edison Avenue, Room 6B, Granite City. If you elect to appear at the hearing, sign the coupon below and return it in the enclosed envelope. If you pay prior to the hearing date, your payment will constitute a final disposition of this matter and there will be no need to appear. Failure to either pay or appear at the hearing will result in a Determination of Liability being entered against you in default.

**ONLINE PAYMENT:** The fastest and easiest way to pay your Notice is to pay online. Go to www.ViolationInfo.com and logon with your Notice # and PIN shown in the red box on the front of this notice. Click the Pay button. There is a $4 convenience fee.

**PAYMENT BY PHONE:** 8:00 am to 5:00 pm Central time Toll Free at 1-866-790-4111. There is a $4 convenience fee.

**PAYMENT BY MAIL:** Mail your check or money order (payable to the City of Granite City) in the enclosed envelope with the coupon printed at the bottom of the reverse side of this notice. DO NOT MAIL CASH. Be sure to put the Notice # (see reverse) on the face of your payment. If you have any questions, please call Customer Service at 1-866-790-4111.

**PAYMENT IN PERSON:** You may pay in person at Police Department located at 2330 Madison, Granite City, IL, Monday-Friday 9:00am-4:30pm OR City Hall located at 2000 Edison Avenue, Room 2, Granite City, IL, Monday-Friday 9:00am-4:30pm.

**VIEW YOUR IMAGES AND VIDEO:** The recorded images and video will be submitted as evidence in the Granite City Municipal Court proceeding for prosecution of a violation of a red light signal. You may view your images and video online at www.ViolationInfo.com. You will need your Notice # and PIN printed on the front of this notice. If you do not have Internet access you may view your images and video at the kiosk at the Police Department located at 2330 Madison, Granite City, IL.

**Declaration of Non-Liability:** If, at the time and place of the violation, the vehicle or license plate captured by the recorded image was stolen, the vehicle was part of a funeral procession, yielding to an emergency vehicle, or a citation has been issued by a police officer for this violation, the Owner may submit information to that effect by affidavit and mail it prior to the Due Date on the front of this notice. You may obtain the Declaration of Non-Liability form from www.ViolationInfo.com. You will need your Notice # and PIN printed on the front of this notice. Mail the completed declaration to: City of Granite City, PO Box 22091, Tempe, AZ 85285-2091.

**IF YOU ARE A RENTAL CAR COMPANY** send your letter identifying the driver along with the copy of this Notice to: Violation Processing Center, PO Box 22091, Tempe, AZ 85285-2091.

---

Detach here and return the bottom portion as an acknowledgement of your administrative hearing.

I submit this form as agreement to appear at the hearing regarding this Notice of Violation and acknowledge that it must be received by the due date of this notice to be a valid request. I understand that I must attend this hearing in-person. I also understand the hearing date, time and location is listed on the front of this notice. Please sign and print name using blue or black ink only.

0831800031401

Signature _____

Printed Name _____

EXHIBIT A

Scanned by CamScanner