IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH JARMAN, individually and on behalf of others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) CITY OF GRANITE CITY and ) AMERICAN TRAFFIC SOLUTIONS, ) INC., ) ) ) Defendants. | Case No. 3:19-cv-00204-JPG-RJD |

## DEFENDANT AMERICAN TRAFFIC SOLUTIONS, INC.'S MOTION TO DISMISS

Defendant American Traffic Solutions, Inc. ("ATS"), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that this Court dismiss in its entirety the Complaint filed by Plaintiff Deborah Jarman. In support of the Motion, ATS states as follows:

1. Plaintiff alleges that she received a Notice of Violation ("Notice") of Granite City's red light camera ordinance ("Ordinance") by regular mail. (Complaint, Doc. 1-1, ("Compl."), ¶11). She claims that, based on the Illinois Municipal Code, she should have received the Notice by certified mail. (Compl., ¶¶4-5). She further claims that ATS administers Granite City's red light camera program and that it sent the Notice. (Compl., ¶¶15-18). Finally, she seeks to certify a class of everyone who has received such a Notice from any Illinois municipality that contracts with ATS for services.[1] (Compl., ¶37).

2. Granite City's Ordinance was enacted pursuant to the enabling statute set forth in

---

[1] This Court has jurisdiction pursuant to the Class Action Fairness Act.

the Illinois Vehicle Code that addresses municipal operation of red light cameras. 625 ILCS 5/11-208.6 ("Red Light Camera Statute"). The Red Light Camera Statute requires that a Notice of Violation only be served "by mail." 625 ILCS 5/11-208.6(d) (emphasis added).

3. It is a basic tenet of statutory construction that when a specific statute applies it controls over more general legislation. Because the Red Light Camera Statute, as implemented by Granite City in its Ordinance, specifically applies to the administration of red light camera violations, its terms take precedence and control over general statutory provisions such as those found in the Illinois Municipal Code cited by Plaintiff. Service of the Notice complies with the Red Light Camera Statute such that Plaintiff's entire Complaint fails as a matter of law.

4. Further, Count I of the Complaint, alleged against both ATS and Granite City, seeks recovery for "money had and received." Plaintiff fails to state a claim under Count I because she does not allege that she paid any money to either Defendant.

5. Finally, Count II, alleged against ATS only, purports to bring a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"). Count II fails to state a claim because (a) Plaintiff, as a recipient of the Notice, is not a "consumer" and, therefore, has no private right of action under the ICFA; (b) the mailing of the Notice is expressly authorized by the Red Light Camera Statute and, therefore, as a matter of law, is not a "deceptive practice"; and (c) Plaintiff fails to allege she was deceived by receiving the Notice via regular rather than certified mail.

6. ATS adopts and incorporates by reference all of the points and authorities set forth in its Memorandum in Support of its Motion to Dismiss, filed concurrently herewith.

WHEREFORE, Defendant American Traffic Solutions, Inc. respectfully requests that this Court enter an order dismissing all claims in Plaintiff's Complaint with prejudice, awarding

150741677.1

American Traffic Solutions, Inc. its attorneys' fees incurred herein in accordance with 815 ILCS 505/10(a)(c), and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

STINSON LEONARD STREET LLP

By  */s/ Jon Santangelo*
  Jon Santangelo, # 6202867
  Joy C. Syrcle, #6302066
  7700 Forsyth Blvd, Suite 1100
  St. Louis, Missouri 63105
  (314) 863-0800 telephone
  (314) 863-9388 facsimile
  jon.santangelo@stinson.com
  joy.syrcle@stinson.com

  *Attorney for Defendant American Traffic Solutions, Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that on February 21, 2019, the foregoing document was electronically filed with the clerk of the Court using the CM/ECF system which will send a Notice of electronic filing to all registered counsel of record.

  *By  /s/ Jon Santangelo*
  *Attorney for Defendant American Traffic Solutions, Inc.*