IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH JARMAN, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 19-CV-204-NJR-RJD ) |
| AMERICAN TRAFFIC SOLUTIONS, INC., and CITY OF GRANITE CITY, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated May 20, 2019 (Doc. 32), Plaintiffs' claims are **DISMISSED with prejudice.** This entire action is **DISMISSED**, and the case is **CLOSED**.

DATED:  May 20, 2019

                                                                       MARGARET M. ROBERTIE,
                                                                       Clerk of Court

                                                                       By: s/ *Deana Brinkley*
                                                                           Deputy Clerk

APPROVED: _____
                      NANCY J. ROSENSTENGEL
                      Chief U.S. District Judge